UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV -7  PM 12: 52

LORETTA G. WHYTE
CLERK

CREIGHTON WUNEBURGER        CIVIL ACTION

VERSUS        NO. 07-1445

BURL CAIN, WARDEN        SECTION "F" (1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the federal petition of Creighton Wuneburger for habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 6TH Day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____